**Federal Defenders
OF NEW YORK, INC.**

David E. Patton
*Executive Director*

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020

March 9, 2020

**MEMORANDUM ENDORSED**

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
New York, New York 10007

Re: <u>United States v. Jose Reyes</u>
19 Cr. 306 (GHW)

Dear Judge Woods:

I am the attorney for Jose Reyes, the defendant in the above-captioned case, and write to request a thirty-day adjournment of the sentencing proceeding, which is currently scheduled for March 26, 2020. Per this Court's rules, sentencing submissions are due two weeks prior to the date of sentencing. In this case, however, we are still awaiting medical records that bear directly on an issue Probation cited in its initial Presentence Investigation Report as a factor that may warrant a sentence outside of the advisory guidelines. As such, these records are necessary as they will enable us to effectively represent Mr. Reyes at sentencing.

I have conferred with AUSA Cecilia Vogel and I understand that she does not object to this thirty-day adjournment. This is the second request for an adjournment of sentencing. Thank you for your consideration of this request.

Respectfully Submitted,

*Marisa K. Cabrera*

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

Application granted. The sentencing hearing scheduled for March 26, 2020 is adjourned to April 29, 2020 at 4:00 p.m. Defendant's sentencing memorandum is due April 15, 2020; the Government's memorandum is due April 22, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 65.

SO ORDERED.

Dated: March 11, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge