USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

            -v-

   JOSE REYES,

                    Defendant.

------------------------------------------------------------- X

1:19-cr-306-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing scheduled for April 29, 2020 is adjourned to June 9, 2020 at 2:00 p.m. Unless otherwise established by order of the Court, the sentencing will take place in Courtroom 12C, 500 Pearl Street, New York, NY 10007. Defendant's sentencing submission is due no later than May 26, 2020; the Government's sentencing submission is due no later than June 2, 2020.

     SO ORDERED.

Dated: March 23, 2020

                                                       GREGORY H. WOODS
                                                 United States District Judge