**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/20

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 21, 2020

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Jose Reyes,* 19-Cr-306(GHW)

Dear Judge Woods:

I write to respectfully request a sixty-day adjournment for Mr. Reyes' sentencing hearing currently scheduled for June 9, 2020 due to the current COVID-19 pandemic. AUSA Cecilia Vogel has consented to the adjournment.

Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

Application granted. Mr. Reyes' sentencing is adjourned to August 18, 2020 at 3:00 p.m. Defendant's sentencing submissions are due no later than August 4, 2020; the Government's sentencing submissions are due no later than August 11, 2020.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 78.

SO ORDERED
May 21, 2020            _____
                        GREGORY H. WOODS
                        United States District Judge