**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/20

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 29, 2020

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jose Reyes, 19-Cr-306(GHW)*

Dear Judge Woods:

I write to respectfully request a sixty-day adjournment for Mr. Reyes' sentencing hearing currently scheduled for August 18, 2020 due to the current COVID-19 pandemic. AUSA Cecilia Vogel has consented to the adjournment.

Mr. Reyes is currently living in Houston, Texas, which has become the new epicenter of the pandemic. With 10,449 new cases reported yesterday alone, traveling from Texas would mandate that Mr. Reyes be subject to a 14-day quarantine per Governor Cuomo's executive order.[1] Given the clear risks of traveling from Houston to New York City in the midst of the pandemic, we respectfully request a sixty-day adjournment. Thank you for your consideration of this request.

Application granted. The sentencing is adjourned to October 22, 2020 at 4:00 p.m. The Defendant's sentencing submissions are due no later than October 8, 2020; the Government's sentencing submissions are due no later than October 15, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 90.
SO ORDERED
July 29, 2020

_____
GREGORY H. WOODS
United States District Judge

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

---

[1] *See* Texas Coronavirus Map and Case Count, *NY Times* (Jul. 29, 2020) https://www.nytimes.com/interactive/2020/us/texas-coronavirus-cases.html; Executive Order No. 205, Quarantine Restrictions on Travelers Arriving in New York, available at https://www.governor.ny.gov/news/no-205-quarantine-restrictions-travelers-arriving-new-york.