**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020

October 5, 2020

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jose Reyes, 19-Cr-306(GHW)*

Dear Judge Woods:

I write to respectfully request a forty-five-day adjournment for Mr. Reyes' sentencing hearing currently scheduled for October 22, 2020 due to the current COVID-19 pandemic. AUSA Cecilia Vogel has consented to the adjournment.

Mr. Reyes is currently living in Houston, Texas, which is still experiencing uncontrolled spread of the coronavirus. With 31,094 new cases reported this week, traveling from Texas would mandate that Mr. Reyes be subject to a 14-day quarantine per Governor Cuomo's executive order.[1] Given the clear risks of traveling from Houston to New York City in the midst of the pandemic, we respectfully request a forty-five-day adjournment. Thank you for your consideration of this request.

Application granted. The sentencing hearing scheduled for October 22, 2020 is adjourned to November 23, 2020 at 10:00 a.m. The Defendant's sentencing submissions are due no later than November 9, 2020; the Government's sentencing submissions are due no later than November 16, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 97.

SO ORDERED.

Dated: October 7, 2020

_____
GREGORY H. WOODS
United States District Judge