**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2020

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020

Re: United States v. Jose Reyes, 19-Cr-306(GHW)

**MEMORANDUM ENDORSED**

Dear Judge Woods:

    I write to respectfully request a sixty-day adjournment for Mr. Reyes' sentencing hearing currently scheduled for November 23, 2020 due to the current COVID-19 pandemic. AUSA Cecilia Vogel has consented to the adjournment.

    Mr. Reyes is currently living in Houston, Texas, which is experiencing an increase in the uncontrolled spread of the coronavirus as of late. Cases on a national scale have increased by fifty-one percent in the past two weeks with Texas currently on the list of states where cases are high and remaining higher.[1] With 10,631 new cases reported yesterday alone, traveling from Texas would expose Mr. Reyes to the significant risk of contracting the virus and mandate that Mr. Reyes be subject to a 14-day quarantine per Governor Cuomo's executive order.[2] Given the clear risks of traveling from Houston to New York City in the midst of the pandemic, we respectfully request a sixty-day adjournment. Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Application granted. The sentencing hearing scheduled for November 23, 2020 is adjourned to February 4, 2021 at 10:00 a.m. The Defendant's sentencing submissions are due no later than January 21, 2021; the Government's sentencing submissions are due no later than January 28, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 106.

SO ORDERED.

Dated: November 9, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge